# IN THE UNITED STATES COURT OF APPEALS FOR THE FIFTH CIRCUIT

| | |
|---|---|
| IN RE: § | Case No. 09-27 |
| § | |
| RALPH LYLE CRUM, § | |
| Debtor. § | |
| --- § | U.S. COURT OF APPEALS |
| RALPH LYLE CRUM, DEBTOR § | **FILED** |
| Petitioner § | |
| v. § | MAY 2 6 2009 |
| KENT DAVID RIES, TRUSTEE § | |
| and RANDI CRUM, § | CHARLES R. FULBRUGE III |
| Respondents § | CLERK |

## DEBTOR'S UNOPPOSED MOTION FOR LEAVE TO APPEAL DIRECTLY TO THE FIFTH CIRCUIT COURT OF APPEALS

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, Ralph Lyle Crum, Debtor herein, and submits this Motion for Leave to Appeal Directly to the Fifth Circuit Court of Appeals, from a final judgment entered by the United States Bankruptcy Court, Amarillo Division, Northern District of Texas, pursuant to provisions of 28 U.S.C. Section 158(d) as follows:

I.  Ralph Lyle Crum, Debtor below, complains of a final Order of the bankruptcy court sustaining the Chapter 7 Bankruptcy Trustee's and Creditor Randi Crum's Objections to Debtor's Claimed Exemptions, which Order was entered on April 16, 2009 in the case styled *In re Ralph Lyle Crum*, Case No. 08-20297-rlj-07, U.S. Bankruptcy Court, Amarillo Division, Northern District of Texas. A timely Notice of Appeal was filed in the bankruptcy court below on April 27, 2009.

II.  All the parties which filed Objections to Debtor's Exemptions, and which



      participated in the hearing thereon, filed a Certification to the Court of Appeals in the bankruptcy court below on May 5, 2009. Therein, all parties agreed and certified that a circumstance permitting a direct appeal under 28 U.S.C. Section 158(d)(2) exists, and the reasons therefore, along with a brief description of the primary issues of appeal. A true copy of the Certification by All Parties is attached hereto as exhibit "A".

III.    The name of all parties to the judgment, order or decree appealed from and the names, addresses, and telephone numbers of their respective attorneys are as follows:

A.    Ralph Lyle Crum, Debtor in Case No. 08-20297-rlj-07 in the U.S. Bankruptcy Court, Amarillo Division, Northern District of Texas, styled *In re Ralph Lyle Crum*, filed for relief on April 28, 2009. He may be reached through his attorney of record as follows:

>    Van W. Northern
>    NORTHERN LAW FIRM
>    112 W. 8th, Suite 400
>    Amarillo, Texas 79101
>    806-374-2266 Telephone
>    807-374-9535 Facsimile

B.    Randi Crum, ex-wife and Creditor of Debtor in the above referenced bankruptcy Case No. 08-20297-rlj-07. She may be reached through her attorney of record as follows:

>    Coleman Young
>    Templeton, Smithee, Hayes, Heinrich, & Russell, LLP
>    P.O. Box 15010
>    Amarillo, Texas 79105
>    806-324-0324 Telephone

C.  Kent Ries, Chapter 7 Bankruptcy Trustee in the above referenced bankruptcy Case No. 08-20297-rlj-07.

> Mr. Kent David Ries, Attorney at Law
> 600 S. Tyler, Suite 1300
> P.O. Box 12058
> Amarillo, Texas 79101
> 806-242-7437 Telephone

### PRAYER FOR RELIEF

WHEREFORE, PREMISES CONSIDERED, Debtor files this unopposed Motion for Direct Appeal from the bankruptcy court directly to the United States Fifth Circuit Court of Appeals, and asks that the Motion be granted; and that the appeal be docketed and proceed according to the Federal Rules of Appellate Procedure, and for such further relief at law and equity to which he may be justly entitled.

> Respectfully submitted,
>
> **NORTHERN LAW FIRM**
> 112 W. 8th Ave., Suite 400
> Amarillo, Texas 79101
> Tel. (806) 374-2266
> Fax. (806) 374-9535
>
> _____
> Van W. Northern
> State Bar No. 15101100
> *Attorney for Debtor*

## CERTIFICATE OF SERVICE

The undersigned certifies that he has on the date shown below transmitted a true copy of the foregoing document to the following parties in interest by regular U.S. mail on the 19th day of May, 2009:

Kent D. Ries
600 S. Tyler, Suite 1300
Box 12058
Amarillo, Texas 79101
*Chapter 7 Trustee*

Cole Young
Templeton, Smithee, Hayes,
Heinrich & Russell, L.L.P.
P.O. Box 15010
Amarillo, Texas 79105
*Attorney for Movant, Randi L. Crum*

U. S. Trustee
1100 Commerce Street, Room 9C60
Dallas, Texas  75242

Van W. Northern
Attorney for Ralph Crum Debtor

Van W. Northern
NORTHERN LAW FIRM
112 W. 8th Ave., Suite 400
Amarillo, Texas 79101
SBN: 15101100
(806) 374-2266, (806) 374-9535 FAX
ATTORNEY FOR RALPH LYLE CRUM

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF TEXAS
## AMARILLO DIVISION

| | | |
|---|---|---|
| IN RE: | § | Case No. 08-20297-RLJ-7 |
| | § | |
| RALPH LYLE CRUM, | § | Chapter 07 |
| Debtor. | § | |
| | § | |

### CERTIFICATION TO COURT OF APPEALS BY ALL PARTIES

A Notice of Appeal was filed by Ralph Lyle Crum, Debtor in the above styled and numbered cause on April 27, 2009. Debtor, along with Kent Ries, Trustee, and Randi Crum (a creditor), constitute all the appellants and all the appellees, hereby certify to the Court under 28 U.S.C. Section 158(d)(2)(A) that a circumstance specified in 28 U.S.C. Section 158(d)(2) exists as stated below.

1. Leave to appeal is not required under 28 U.S.C. Section 158(a).

2. This certification arises in a appeal from a final judgment, order, or decree of the United States Bankruptcy Court for the Northern District of Texas entered on April 16, 2009. There are no motions filed that require a ruling by the bankruptcy court, and said order of April 16, 2009 is a appealable order.

3. Debtor contends that the primary issues of appeal are:

(a.) Whether the trial court's application of *In re Zibman*, 268 F.3d 298 (5th Cir. 2001) has any application to Debtor's claim under the "snap shot rule" that $254,902.04 of the Debtor's funds

EXHIBIT A

which were withdrawn from a qualified, IRA less than 60 days prior to filing bankruptcy, are exempt from claims against the estate under 11 U.S.C. Section 522(d)(12), and other statutes and common law relied upon by Debtor;

(b.) whether Debtor was forced to an election of exemptions under 11 U.S.C. Section 522b(2) and (3), and/or Section 522(d) as decided by the trial court;

(c.) whether the 60 day "tolling rule" which applies to the reinvestment of IRA funds in order to maintain their exempt status, after withdrawal from a qualified IRA, must be strictly applied, where as here, (i) the Trustee objected to Debtor's exemption of the IRA funds, claiming same as an asset of the estate, and thereby effectively prohibited Debtor's reinvestment of the funds within the necessary 60 day period; (ii) the fund manager misrepresented the IRA status of the funds to Debtor, after Debtor attempted to reinvest the withdrawn funds less than 60 days prior to bankruptcy;

(d.) whether all statutes claimed by Debtor as a basis to exempt the withdrawn IRA funds were properly overruled by the trial court.

4. The Trustee, and Creditor Randi Crum, contend that the bankruptcy court's opinion and ruling sustaining their objections to Debtor's exemptions are substantially correct; and, while there may be no case directly on point, the authorities cited by the trial court support the court's decision, and are in keeping with current principals of law and related rulings of the Fifth Circuit Court of Appeals; and that regardless of any decision rendered by the District Court on appeal, the appeal would eventually be decided by the Fifth Circuit.

5. Therefore, the parties agree that a direct appeal from the judgment, order, or decree of the bankruptcy court will materially advance the progress of the case or proceeding in which the appeal is taken, because the main bankruptcy case has been pending since May 30, 2008, and the

Estate holds substantial assets, and the main proceeding cannot be closed until a final determination is made resolving this dispute. Therefore, the parties agree that allowing an direct appeal to the Fifth Circuit will materially advance the progress of the bankruptcy case.

*Attorney for Debtor, Ralph Lyle Crum*

/s/ Van W. Northern
Van W. Northern
NORTHERN LAW FIRM
112 W. 8th, Suite 400
Amarillo, Texas 79101
806-374-2266 Telephone
807-374-9535 Facsimile
northernlaw@suddenlinkmail.com


*Attorney for Randi Crum*

/s/ Coleman Young
Coleman Young
Templeton, Smithee, Hayes, Heinrich, & Russell, LLP
P.O. Box 15010
Amarillo, Texas 79105
806-324-0324 Telephone
cole@templetonsmithee.com


*Attorney for Trustee, Kent Ries*

/s/ Kent Ries
Mr. Kent David Ries
600 S. Tyler, Suite 1300
P.O. Box 12058
Amarillo, Texas 79101
806-242-7437 Telephone
kent@kentries.com

# IN THE UNITED STATES COURT OF APPEALS FOR THE FIFTH CIRCUIT

| | | |
|---|---|---|
| IN RE: | § | Case No. _____ |
| | § | |
| RALPH LYLE CRUM, | § | |
|     Debtor. | § | |
| ------------------------------------------- | § | |
| RALPH LYLE CRUM, DEBTOR | § | |
|     Petitioner | § | |
| v. | § | |
| KENT DAVID RIES, TRUSTEE | § | |
| and RANDI CRUM, | § | |
|     Respondents | § | |

## DEBTOR'S CERTIFICATE OF INTERESTED PERSONS

TO THE HONORABLE JUDGE OF SAID COURT:

    COMES NOW, Ralph Lyle Crum, Debtor herein, and submits this Certificate of Interested Persons as follows:

    The name of all parties to the judgment, order or decree appealed from and the names, addresses, and telephone numbers of their respective attorneys are as follows:

    A.    Ralph Lyle Crum, Debtor in Case No. 08-20297-rlj-07 in the U.S. Bankruptcy Court, Amarillo Division, Northern District of Texas, styled *In re Ralph Lyle Crum*, filed for relief on April 28, 2009. A Texas citizen, he may be reached through his attorney of record as follows:

        Van W. Northern
        NORTHERN LAW FIRM
        112 W. 8th, Suite 400
        Amarillo, Texas 79101
        806-374-2266 Telephone
        807-374-9535 Facsimile

B.  Randi Crum, ex-wife and Creditor of Debtor in the above referenced bankruptcy Case No. 08-20297-rlj-07. A Connecticut citizen, she may be reached through her attorney of record as follows:

> Coleman Young
> Templeton, Smithee, Hayes, Heinrich, & Russell, LLP
> P.O. Box 15010
> Amarillo, Texas 79105
> 806-324-0324 Telephone

C.  Kent Ries, Chapter 7 Bankruptcy Trustee in the above referenced bankruptcy Case No. 08-20297-rlj-07. A Texas citizen, he may be reached at:

> Mr. Kent David Ries, Attorney at Law
> 600 S. Tyler, Suite 1300
> P.O. Box 12058
> Amarillo, Texas 79101
> 806-242-7437 Telephone

Respectfully submitted,

**NORTHERN LAW FIRM**
112 W. 8th Ave., Suite 400
Amarillo, Texas 79101
Tel. (806) 374-2266
Fax (806) 374-9535

_____
Van W. Northern
State Bar No. 15101100
*Attorney for Debtor*

## CERTIFICATE OF SERVICE

The undersigned certifies that he has on the date shown below transmitted a true copy of the foregoing document to the following parties in interest by regular U.S. mail on the 26th day of May, 2009:

Kent D. Ries
600 S. Tyler, Suite 1300
Box 12058
Amarillo, Texas 79101
*Chapter 7 Trustee*

Cole Young
Templeton, Smithee, Hayes,
Heinrich & Russell, L.L.P.
P.O. Box 15010
Amarillo, Texas 79105
*Attorney for Movant, Randi L. Crum*

/s/ Van W. Northern
Van W. Northern
Attorney for Ralph Crum Debtor