# United States Court of Appeals
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

**CHARLES R. FULBRUGE III**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE**
**NEW ORLEANS, LA 70130**

July 1, 2009

Mr. Van Wesley Northern
301 S Polk Street
Suite 380
Amarillo, TX 79101-0000

    No. 09-27,  Ralph Crum v. Kent Ries, et al
        USDC No. 08-20297-rlj7

We have docketed the motion for permission to appeal, and ask you to use the case number above in future inquiries.

Counsel who desire to appear in this case must sign and return a "Form for Appearance of Counsel" as required by 5TH CIR. R. 46 within 10 days from this date.  You must name each party you represent, see FED. R. APP. P. 12(b) and 5TH CIR. R. 12.  You may print or download the form from the Fifth Circuit web site, www.ca5.uscourts.gov.  If you fail to send in the form, we will remove your name from the docket.  Pro se parties do not need to file an appearance form.

                                CHARLES R. FULBRUGE III, Clerk

                              By: *Gena Pelham*
                              Gena L. Pelham, Deputy Clerk
                              504-310-7684

cc:  Mr. Kent David Ries
     Mr. Coleman Young

*DKT1*