# IN THE UNITED STATES COURT OF APPEALS

# FOR THE FIFTH CIRCUIT

---

No. 09-27

---

In re: RALPH LYLE CRUM,

    Debtor

-----------------------------

RALPH LYLE CRUM,

    Petitioner - Appellant

v.

KENT DAVID RIES; RANDI CRUM,

    Respondents - Appellees

U. S. COURT OF APPEALS
**FILED**

JUL 2 4 2009

CHARLES R. FULBRUGE III
CLERK

---

Motion for Leave to Appeal
Pursuant to 28 U.S.C. § 158(d)

---

Before BENAVIDES, PRADO, and SOUTHWICK, Circuit Judges.

PER CURIAM:

    IT IS ORDERED that the motion for leave to appeal under 28 U.S.C. § 158(d) is *DENIED*

MOT59