# United States Court of Appeals
FIFTH CIRCUIT
OFFICE OF THE CLERK

**CHARLES R. FULBRUGE III**
**CLERK**

TEL. 504-310-7700
600 S. MAESTRI PLACE
NEW ORLEANS, LA 70130

July 24, 2009

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

   No. 09-27 Ralph Crum v. Kent Ries, et al
      USDC No. 08-20297-rlj7

Enclosed is an order entered in this case.

CHARLES R. FULBRUGE III, Clerk

By: *Rhonda F. Parker*
Rhonda F. Parker, Deputy Clerk
504-310-7703

Ms. Tawana C. Marshall
Mr. Van Wesley Northern
Mr. Kent David Ries
Mr. Coleman Young

*Motion Notice - MOT2 (!npman)*